**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CESAR STALIN TIMAURE-GOVEA, | Case No. 1:26-cv-03607-KES-CDB |
| Petitioner, | A- Number: 246141129 |
| v. | ORDER DISMISSING PETITION AS DUPLICATIVE AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| WARDEN, MESA VERDE DETENTION CENTER, et al. | |
| Respondents. | Doc. 6 |

Petitioner Cesar Stalin Timaure-Govea, an immigration detainee, initiated this action by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and motion for temporary restraining order on May 11, 2026.  Docs. 1, 2.  After the Court issued an order setting a briefing schedule on the petition, respondents filed a "Notice of Duplicate Petition."  Doc. 6 at 1.  Respondents advised the Court the petition "is duplicative of the petition in 1:26-cv-3547 DJC, which was transferred in from the District of Arizona."  *Id.*  Respondents request the Court dismiss the petition as duplicative.  *Id.*

Review of the docket in *Timaure-Govea v. Warden*, Case No. 1:26-cv-3547 DJS-AC shows that on March 19, 2026, petitioner filed a petition for writ of habeas corpus challenging his detention under the Immigration and Nationality Act and the U.S. Constitution.  The petition was transferred to this Court on May 6, 2026, and on May 14, 2026 the petition was granted and

1

petitioner was ordered released.  As petitioner raises duplicative claims challenging his detention in the present matter, and petitioner has already been released, the present petition is both duplicative and moot.

The Court ORDERS:

1.      Respondents' request to dismiss the petition is GRANTED.

2.      The petition is DISMISSED as duplicative of Case No. 1:26-cv-03547-DJC-AC.

3.      The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    May 15, 2026

_____
UNITED STATES DISTRICT JUDGE

2